1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10
11   Cheaserae Hemphill,                    ) CASE NO.: 8:12-cv-01018-SVW-RNB
                                            )
12          Plaintiff                       ) ORDER DISMISSING ACTION
                                            ) PURSUANT TO NOTICE OF
13          vs.                             ) SETTLEMENT
                                            )
14   J Morouse No 1517 et al,               )
                                            )
15          Defendant.                      )              JS - 6
                                            )
16   _____   )

17          The Court having been advised by the parties that the above-entitled action has

18   been settled;

19          IT IS THEREFORE ORDERED that this action is dismissed without prejudice.

20

21          IT IS SO ORDERED.

22

23   Dated:  September 25, 2013
                                            _____
24                                          STEPHEN V. WILSON
                                            UNITED STATES DISTRICT JUDGE
25

26

27

28